-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARTHA ANN BRYANT,

        Plaintiff,

        -v-

Former Seneca County Sheriff THOMAS FOX,
Former Seneca County Undersheriff PETER LAWATSCH,
Seneca County District Attorney RICH SWINEHEART,
Seneca County Jail Administrator STANLEY SCHRIER,
State Police Investigator JOEL PINKLER,
State Police Investigator LUIS RODRIGUEZ,
State Trooper ADAM STENBERG,
JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, and JOHN DOE 4,

        Defendants.
_____

DECISION AND ORDER
06-CV-6301L(P)

Pursuant to the authority of *U.S. v. New York Telephone Co.*, 434 U.S. 159, 172-73 (1977) and *Valentin v. Dinkins,* 121 F.3d 72, 75 (2d Cir.1997), Seneca County Sheriff Leo T. Connolly and Superintendent of the New York State Police Wayne E. Bennett were directed to identify the John Does involved in the arrest and detention of plaintiff. State Police Superintendent Bennett responded by way of Answer and identified Investigators Joel Pinkler and Luis Rodriguez and State Trooper Adam Stenberg as involved in the arrest in Rochester and transport of plaintiff to Seneca County. Seneca County and the Seneca County Police Department responded through their attorneys and identified Former Seneca County Sheriff Thomas Fox, Former Seneca County Undersheriff Peter Lawatsch, Seneca County District Attorney Rich Swineheart and Seneca County Jail Administrator

Stanley Schrier as having responsibility for the arrest and detention of plaintiff in Seneca County. The complaint was amended to add those individuals as defendants in this action.

The Clerk of Court was directed to complete summons forms to allow service of this complaint by the U.S. Marshals pursuant to the authority of 28 U.S.C. § 1915. Seneca County Sheriff Leo T. Connolly and Superintendent of the New York State Police Wayne E. Bennett are directed to supply the Court, through their attorneys and in writing, with addresses where these previously identified defendants can be served.[1]

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: April 16, 2007
Rochester, New York

---

[1] The Court is aware that it is the understandable policy of many police agencies to not supply the home addresses of employees and officers, or former officers, directly to defendants.

2